UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL STEVEN NOVAK,

    Plaintiff,

v.

JAMES THATCHER,

    Defendant.

Case No. C08-5711BHS/JKA

ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's second motion for appointment of counsel (Dkt. # 15). The defendant has responded and opposes the motion (Dkt # 17). Plaintiff's first motion for appointment of counsel was denied. (Dkt. # 9). Plaintiff objected to that order, and the District Court Judge to whom this case is assigned overruled the objection (Dkt # 21, and 22).

There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party, the court may do so only in exceptional circumstances. Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980). A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. Wilborn, 789 F.2d at 1331.

ORDER
Page - 1

Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*. See, Complaint (Dkt # 1). Accordingly, Plaintiff's second Motion to Appoint Counsel (Dkt. # 15) is **DENIED**. Further, plaintiff is warned that repetitive motions may result in sanctions including monetary sanctions or dismissal of actions.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 17 day of February, 2009.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge