UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL STEVEN NOVAK,

    Plaintiff,

v.

JAMES THATCHER,

    Defendant.

Case No. C08-5711BHS/JKA

ORDER GRANTING
PLAINTIFF'S MOTION
TO JOIN DEFENDANTS AND
DIRECTING PLAINTIFF TO FILE
AN AMENDED COMPLAINT

This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's motion asking for permissive joinder of four defendants (Dkt. # 14). Defendant Thatcher has responded and opposes the motion on grounds that the defendant has not filed a responsive pleading to the complaint. Defendant Thatcher argues leave of court is not needed (Dkt # 17).

Defendant Thatcher filed an answer on December 19, 2008. Thus leave of court is needed and plaintiff may not simply amend the complaint as a matter of right. See, Fed. R. Civ. P 15 (a).

Plaintiff's motion is **GRANTED**. Plaintiff will have thirty days from the date of this order to file an amended complaint naming the four new defendants and Mr. Thatcher. The amended complaint will be a complete substitute for the original complaint. As plaintiff is not proceeding in forma pauperis plaintiff will have to arrange for service of the amended complaint on the four new defendants.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 17 day of February, 2009.

                        /S/ *J. Kelley Arnold*
                        J. Kelley Arnold
                        United States Magistrate Judge