# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHAEL STEVEN NOVAK,<br><br>                Plaintiff,<br>   v.<br><br>JAMES THATCHER,<br><br>                Defendant. | No. 08-5711BHS/JRC<br><br>ORDER REGARDING FILINGS FROM MR. HARGROVE |

     This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. On April 13, 2009, the court received a declaration from Thomas R. Hargrove (Dkt # 30). Mr. Hargrove is not a party to this action. The court has no information showing that Mr. Hargrove is an attorney. The filing will not be considered by the court and may not be cited by the parties.

ORDER - 1

The Court expects Mr. Novak to inform Mr. Hargrove that the court will not consider pleadings that are not submitted by Mr. Novak and signed by Mr. Novak. A declaration of other document from Mr. Hargrove may only be submitted as an exhibit to a motion from Mr. Novak.

The Clerk's Office is directed to send a copy of this order to plaintiff.

DATED this 20th day of April, 2009.

*J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER - 2