UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHEAL STEVEN NOVAK, <br><br> Plaintiff, <br><br> v. <br><br> JAMES THATCHER, *et al.*, <br><br> Defendants. | No. C08-5711BHS <br><br> ORDER |

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the Court is plaintiff's motion asking that the Court consolidate this action with <u>Thomas Hargrove v. Kenneth Quinn *et al*.</u>, 09-CV-0390RSM/BAT (Dkt. # 38). Defendants oppose the motion (Dkt. # 42).

The time allotted for discovery and the dispositive motion cutoff date are over. A dispositive motion is pending (Dkt # 40). It is too late to consolidate these cases. Defendants are correct in opposing the motion to join these cases as untimely. The motion is DENIED.

Dated this 4th day of August , 2009.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

ORDER - 1