UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL STEVEN NOVAK,

    Plaintiff,

    v.

JAMES THATCHER,

    Defendant.

Case No. C08-5711BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 44). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **DISMISSED** because Defendant is entitled to summary judgement on all claims.

DATED this 9th day of November, 2009.

                                BENJAMIN H. SETTLE
                                United States District Judge

ORDER