AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL STEVEN NOVAK

v.

JAMES THATCHER,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5711BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Defendant is entitled to summary judgment on all claims.

  November 10, 2009  
Date

  BRUCE RIFKIN  
Clerk

*s/CM Gonzalez*  
Deputy Clerk